Stacey Campbell #15380
CAMPBELL LITIGATION, P.C.
1410 N. High St.
Denver, CO 80218
Phone: (303) 536-1833
stacey@campbell-litigation.com
*Attorney for Defendant*

# UNITED STATES DISTRICT COURT,
## DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| DANA M. and L.M., <br><br> Plaintiffs, <br><br> v. <br><br> AT&T UMBRELLA BENEFIT PLAN NO. 3, <br><br> Defendant. | **JOINT NOTICE OF SETTLEMENT AND REQUEST FOR STAY** <br><br><br> Case No. 1:23-cv-00026-JNP-DBP <br> Judge Jill N. Parrish <br> Magistrate Judge Dustin B. Pead |

**PLEASE TAKE NOTICE** that as of April 18, 2024, Plaintiffs Dana M. and L.M. and Defendant AT&T Umbrella Benefit Plan No. 3 (collectively the "Parties") have reached an agreement in principle to globally resolve all pending claims in this litigation.

Per the Court's April 1, 2024 Order [Dkt. 30], the Parties' responses to each Party's Cross-Motion for Summary Judgment are due on **May 6, 2024**. In the interest of avoiding additional unnecessary fees and costs given the Parties' agreement in principle, the Parties respectfully request that this matter and all pending deadlines be stayed for forty-nine (49) days until the Parties formalize a settlement agreement on mutually agreeable terms and submit a stipulation for voluntary dismissal under FED. R. CIV. P. 41(a)(1)(A)(ii). As set forth above, good cause exists to

1

2

stay this case pending the Parties' formalized settlement and forthcoming Fed. R. Civ. P. 41(a)(1)(A)(ii) stipulation.

Dated: April 19, 2024.

| G. ERIC NIELSON & ASSOCIATES | CAMPBELL LITIGATION, P.C. |
|---|---|
| /s/ *Laura Nielson*  (with permission)<br>Laura Nielson | /s/ *Stacey A. Campbell*<br>Stacey A. Campbell |
| *Attorneys for Plaintiffs*<br>*Dana M. and L.M.* | *Attorney for Defendant*<br>*AT&T Umbrella Benefit Plan No. 3* |

## CERTIFICATE OF SERVICE

  I hereby certify that on this date I have served the foregoing on all counsel of record by filing electronically with the Court notice of case activity to be generated and sent electronically by the Clerk of Court to all parties registered to receive such service.

  Dated this 19th day of April, 2024.

/s/ _Carolyn B. Heyer_____
*Paralegal*
